UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KEVIN M. ROBINSON,**

    **Petitioner,**

  v.          Case No. 23-CV-1674

**CHRIS STEVENS,**

    **Respondent.**

## ORDER THAT THE PETITIONER RETURN THE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FORM

Pursuant to the standing order of the Chief Judge, all parties must complete and return the "Consent to Proceed Before a Magistrate Judge" form within 21 days of receiving it. As stated by the Chief Judge in her standing order, "While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is **mandatory**."

Despite the Chief Judge's standing order and three reminders from the Clerk of Court the petitioner has failed to timely return the form. Therefore, the court now orders the petitioner to submit the completed "Consent to Proceed Before a Magistrate Judge" form within 7 days of this order. **If the petitioner fails to return the completed form**

**within 7 days of the date of this order, the court will recommend that this action be dismissed for failure to prosecute**. *See* Civ. L.R. 41(c) (E.D. Wis.).

If the petitioner no longer wishes to pursue this action, the petitioner must promptly notify the court.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 30th day of January, 2024.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge